UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LAWRENCE KLEIN,

                      Plaintiff,

   -against-


DANCOKE ASSOCIATES c/o Local 389,


                     Defendant.
------------------------------------------------------------------X

JUDGMENT
05-CV- 1419 (ARR)

       An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on December 14, 2005, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated November 21, 2005, after a de novo review of the record; and dismissing the action pursuant to Fed. R. Civ. P. 16(f) and 37(b)(2); it is

       ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted; and that the action is dismissed pursuant to Fed. R. Civ. P. 16(f) and 37(b)(2).


Dated: Brooklyn, New York
       December 14, 2005

                                 ROBERT C. HEINEMANN
                                 Clerk of Court